

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| GARY LEE PAGE, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION  4:26-1736-MGL |
| | § | |
| SPARTANBURG COUNTY DETENTION | § | |
| CENTER, | § | |
| Defendant. | § | |

---

### ORDER ADOPTING THE REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S CLAIMS UNDER § 1983 WITHOUT PREJUDICE AND WITHOUT ISSUANCE AND SERVICE OF PROCESS

Plaintiff Gary Lee Page filed this lawsuit against Defendant Spartanburg County Detention Center.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting to the Court Page's claims under § 1983 be dismissed without prejudice under § 1915(e) and § 1915A and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or

recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on May 27, 2026, and the Clerk entered Page's on June 11, 2026.

In Page's objections, he claims to be filing a medical malpractice lawsuit.  But, the Court lacks the jurisdiction to consider such a claim.  He must bring that claim in state court, as opposed to federal court.  Accordingly, his objections will be overruled.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Page's objections, adopts the Report, and incorporates it herein. It is therefore the judgment of the Court Page's claims under § 1983 is **DISMISSED WITHOUT PREJUDICE** under § 1915(e) and § 1915A and without issuance and service of process.  To the extent he wants to file a medical malpractice lawsuit, he must file it in state court.

**IT IS SO ORDERED.**

Signed this 31st day of July, 2026, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2